# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **HENRY E. ARMSTRONG** | **CASE NO. 3:20-CV-00974** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE MOREHOUSE PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections [Doc. No. 21] thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Defendants' motions to dismiss for lack of subject matter jurisdiction [Doc. Nos. 4 & 10] are **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' alternative motions to dismiss for failure to state a claim upon which relief can be granted [Doc. Nos. 4 & 10] are **GRANTED,** and Plaintiff's claims arising under the laws and Constitution of the United States are hereby **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims arising under the laws and Constitution of the United States against Defendant North Louisiana Drug Enforcement Bureau are also **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to set aside [Doc. No. 14] is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's remaining state law claims are

**DISMISSED, without prejudice**, pursuant to 28 U.S.C. § 1367(c).

Monroe, Louisiana, this 28th day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE